IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR08-4022-DEO |
| | ) | |
| vs. | ) | |
| | ) | |
| EMERSON TYRONE JACKSON, a/k/a "Turk", | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE TO THE COURT REGARDING POTENTIAL SENTENCING ISSUE**

Comes Now the United States of America and hereby puts the court on notice of a potential sentencing issue in this case.

1. On Monday November 10, 2008, this court held a sentencing hearing in this case during which the court declared that it was sentencing defendant to life imprisonment on Count 1 (conspiracy to distribute 50 grams or more of crack cocaine) as mandated by statute (due to defendant's two prior felony drug convictions and 21 U.S.C. §§ 841(b)(1)(A) and 851); and to 360 months' imprisonment on each of Counts 2 through 5 (each count, distribution of less than 5 grams of crack cocaine), all counts concurrent with each other.

2. This court had initially stated that it intended to sentence defendant on Counts 2 through 5 to life imprisonment, all counts concurrent with each other. However, the government informed the court (with agreement of defendant's counsel and a U.S. Probation officer) that the court was precluded from such a sentence because the statutory maximum for each of Counts 2 through 5 was 60 years imprisonment (as listed in the pre-sentence report).

3. Subsequent to the sentencing hearing (later on November 10, 2008) the undersigned learned that the sentencing statutes involved in this case (21 U.S.C. § 841 (b)(1) and 21 U.S.C. § 860(a), and particularly language in § 841(b)(1)(A) which references § 860) appear to mandate a sentence of life imprisonment on Counts 2 through 5 in this case.

4. The undersigned then contacted defendant's counsel, U.S. Probation and the district court's staff by telephone regarding the discovery of this information in the sentencing statutes (prior to any judgment being filed in this case).

5. Finally, the government notes that this statutory mandate (as listed in ¶ 3) was not listed in the pre-sentence investigative report, was not raised by any party at the sentencing hearing held on November 10, 2008, and was not previously made of record until now.

Respectfully submitted,

MATT M. DUMMERMUTH
United States Attorney

By: s/Shawn S. Wehde

SHAWN S. WEHDE
Special Assistant United States Attorney
600 Fourth Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 (fax)
Shawn.Wehde@usdoj.gov

2

Case 5:08-cr-04022-LTS-KEM   Document 83   Filed 11/12/08   Page 2 of 3

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 12, 2008.

UNITED STATES ATTORNEY

BY:  s/Jean Wordekemper

COPIES TO: Chad Primmer

3

Case 5:08-cr-04022-LTS-KEM   Document 83   Filed 11/12/08   Page 3 of 3